**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **EXETER FINANCE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:26-cv-00410** |
| | ) | |
| **PHYLLIS JEAN WILKS**<br>**303 W. Jewel Dr.**<br>**Longview, TX 75602** | ) | |
| **and** | ) | |
| **JALEN KEISHAWN BELL**<br>**303 W. Jewel Dr.**<br>**Longview, TX 75602** | ) | |
| **Defendants.** | ) | |

**PLAINTIFF EXETER FINANCE LLC'S**
**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Exeter Finance LLC ("Plaintiff"), hereby files this Amended Corporate Disclosure Statement and states the following:

Plaintiff is a wholly owned subsidiary of Enzo Parent, LLC. The Blackstone Group, Inc. (which is publicly traded on the New York Stock Exchange), through various affiliates, indirectly controls 10% or more of Plaintiff through Plaintiff's parent entity, Enzo Parent, LLC. No publicly held corporation owns 10% or more of Plaintiff's stock.

Plaintiff reserves the right to supplement and/or amend this disclosure as necessary.

Respectfully submitted,

/s/ *Marc D. Cabrera*
Marc D. Cabrera
State Bar No. 24069453
mcabrera@hinshawlaw.com
Rick M. Simmons (admission to be filed)
State Bar No. 24118056
rsimmons@hinshawlaw.com
Hinshaw & Culbertson LLP
500 N. Akard Street, Suite 2200
Dallas, Texas 75201
T: (945) 229-6386
F: (312) 704-3001

**ATTORNEYS FOR**
**EXETER FINANCE LLC**